February 15, 1966

Commonwealth ex rel. Guglielmo, Appellant, *v.*
Prasse.

Submitted December 13, 1965. *Vincent L. Guglielmo,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Jamison, Appellant, *v.*
Rundle.

Submitted December 13, 1965. *Thomas L. Jamison,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.,* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.